IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:08cr28-MHT |
| CURTIS BUCHANAN | ) | (WO) |
| a/k/a Darryl | ) | |

OPINION AND ORDER

This cause is before the court on the government's unopposed motion to continue. For the reasons set forth below, the court finds that jury selection and trial, now set for December 15, 2008, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an

> offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(8)(A).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Buchanan in a speedy trial. Buchanan's attorney was recently hospitalized after suffering a life-threatening injury; he is still in the hospital. Before his injury, Buchanan's counsel indicated that he would be prepared to go trial on December 15, but that is no longer possible. Buchanan faces a lengthy mandatory minimum sentence if convicted in this case, and it is essential that his counsel be fully prepared for

trial. Indeed, counsel for Buchanan joins in the continuance motion. Therefore, the interests of justice require that the government's motion to continue (doc. no. 62) be granted.

Accordingly, it is ORDERED as follows:

(1) The government's unopposed motion for continuance (doc. no. 62) is granted.

(2) The jury selection and trial, now set for December 15, 2008, are reset for February 23, 2009, at 10:00 a.m., at the federal courthouse in Opelika, Alabama.

DONE, this the 26th day of November, 2008.

                                                /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE