IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:08cr28-MHT |
| CURTIS BUCHANAN | ) | (WO) |
| a/k/a Darryl | ) | |

<u>ORDER</u>

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 59), to which no objections have been filed, and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (Doc. No. 59) is adopted; and

(2) That defendant Curtis Buchanan's motion to suppress (Doc. No. 53) is denied.

DONE, this the 18th day of December, 2008.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE